

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

LAWRENCE GUIDRY, JR.

**CIVIL ACTION NO. 08-0109**

-vs-

**JUDGE DRELL**

STATE OF LOUISIANA, et al.

**MAGISTRATE JUDGE KIRK**

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, considering Plaintiff's May 1, 2008 request that we dismiss this suit (Doc. No. 12), and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby DENIED and DISMISSED WITH PREJUDICE as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(b).

SIGNED on this _8_ day of May, 2008, at Alexandria, Louisiana.


DEE D. DRELL
UNITED STATES DISTRICT JUDGE